IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex. rel.,* WESLEY H. MORRIS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:19-CV-726-RP |
| SILICON SPACE TECHNOLOGY CORPORATION *d/b/a* VORAGO TECHNOLOGIES, NEW SCIENCE VENTURES, LLC, et al., | § § § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dustin Howell concerning Relator Wesley H. Morris's ("Relator") Motion for Attorneys' Fees, (Dkt. 43). (R. & R., Dkt. 50). Defendants Silicon Space Technology d/b/a Vorago Technologies ("Vorago") and New Science Ventures, LLC ("NSV") timely filed objections to the report and recommendation. (Objs., Dkt. 51).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Vorago and NSV timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Vorago and NSV's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Dustin Howell, (Dkt. 50), is **ADOPTED**.

1

**IT IS FURTHER ORDERED** that Relator's Motion for Attorneys' Fees, (Dkt. 43), is **GRANTED**. Relator shall have and recover judgment, against Vorago and NSV, for his reasonable and necessary attorneys' fees in the amount of $440,673.86.

**SIGNED** on January 30, 2025.

*[signature]*

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE